☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CRIM. 881**

------------------------------------x

UNITED STATES OF AMERICA        :

      v.                              :    **NOTICE OF INTENT
                                     TO FILE AN INFORMATION**

CHAUDHARY NAWAZ,                :    07 Mag. 886
  a/k/a "Chaudhry Arif"
  a/k/a "Irfan Chatha"          :

               Defendant.   :

------------------------------------x

*JUDGE PATTERSON*

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           September  , 2007

                                 MICHAEL J. GARCIA
                                 United States Attorney

                      By:  _____
                          David A. O'Neil
                          Assistant United States Attorney

                          AGREED AND CONSENTED TO:

                     By:  _____
                          Bruno C. Bier, Esq.
                          Attorney for Chaudhary Nawaz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

9/7/07 WHEEL A