UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,           :

    - v. -                          :     INFORMATION

CHAUDHARY NAWAZ,                    :     07 Cr.        (RPP)

        Defendant.               :

- - - - - - - - - - - - - - - - - -X

COUNT ONE

The United States Attorney charges:

1. From in or about December 2004, up to and including in or about October 2006, in the Southern District of New York and elsewhere, CHAUDHARY NAWAZ, the defendant, unlawfully, willfully and knowingly, and with intent to defraud, in an offense affecting interstate commerce, did traffic in and use one and more unauthorized access devices during a one-year period, and by such conduct did obtain things of value aggregating $1,000 and more during that period, to wit, NAWAZ used multiple access devices issued to other individuals, without their lawful authorization, to obtain things of value.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

COUNT TWO

The United States Attorney further charges:

2. From in or about December 2004, up to and including in or about October 2006, in the Southern District of New York

1

and elsewhere, CHAUDHARY NAWAZ, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Section 1029(a)(2).

3. It was a part and an object of the conspiracy that CHAUDHARY NAWAZ, the defendant, and others known and unknown, unlawfully, willfully and knowingly, and with intent to defraud, in an offense affecting interstate commerce, would and did traffic in and use one and more unauthorized access devices during a one-year period, and by such conduct would and did obtain a thing of value aggregating $1,000 and more during that period, in violation of Title 18, United States Code, Section 1029(a)(2).

### Overt Act

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

   a. On or about November 9, 2005, CHAUDHARY NAWAZ, the defendant, caused to be deposited into his bank account funds to which he was not entitled.

(Title 18, United States Code, Section 1029(b)(2).)

_[signature]_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHAUDHARY NAWAZ,

Defendant.

**INFORMATION**

07 Cr.

(18 U.S.C. §§ 2, 1029)

MICHAEL J. GARCIA
United States Attorney.

---

9/17/07 - Defendant present w/ atty Bier. AUSA O'Neil present.
Court Interpreter A. Bhatti present. Deft appears & is arraigned on this information. Deft arraigned & enters plea of not guilty. Court accepts plea. Defendant then withdraws previous plea of not guilty & enters plea of guilty. Allocution conducted. Court accepts plea on both counts, PSR ordered, sentence set for 12/17/07 at 4PM. Bail continued.

Patterson, J.