JUDGE PATTERSON

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

     - v. -                      :
                                            WAIVER OF INDICTMENT
CHAUDHARY NAWAZ,                 :
                                            07 Cr. 881
          Defendant.             :

                                 :

                                 :

- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2 and 1029, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CHAUDHARY NAWAZ

_____
Bruno C. Bier, Esq.
Attorney for CHAUDHARY NAWAZ

Witness: _____

Date:    New York, New York
         September 17, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: