LAW OFFICES
OF
BRUNO C. BIER, ESQ.

38 West 32nd Street, Suite 1603
New York, New York 10001
Tel: (212) 481-4900
Fax: (212) 481-9227

By Facsimile

December 14, 2007

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

RECEIVE
DEC 14 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

MEMO ENDORSED

Re:   United States v. Chaudhary Nawaz – 07-cr-881 (RPP)

Your Honor:

    I am the attorney for Chaudhary Nawaz in the above-referenced case. I am respectfully requesting an adjournment of the sentencing date, which is currently scheduled for December 17, 2007. I am making this request because my office has been without internet service for one week, and it has been very difficult to research matters pertaining to this case. I have contacted AUSA David O'Neil, and he does not oppose this request. I am requesting any date after January 1, 2008, except for the period January 14 to January 18, 2008, as the new adjournment date for sentencing in this matter. This is the first defense request for an adjournment.

Respectfully submitted,

Bruno C. Bier, Esq.
BB-1633
38 West 32nd Street, Suite 1603
New York, New York 10001
t: (212) 481-4900
f: (212) 481-9227
bruno_bier@yahoo.com

cc:   AUSA David O'Neil (By Facsimile)

*Application granted. Sentencing adjourned to 1/7/08 at 4pm. So ordered.*
*Robert P. Patterson, USDJ*
*12/15/07*