

**MEMO ENDORSED**

LAW OFFICES
OF
BRUNO C. BIER, ESQ.

38 West 32nd Street, Suite 1603
New York, New York 10001
Tel: (212) 481-4900
Fax: (212) 481-9227

By Facsimile

January 15, 2008

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08
```

Re:   United States v. Chaudhary Nawaz – 07-cr-881 (RPP)

Your Honor:

I am the attorney for Chaudhary Nawaz in the above-referenced case. I am respectfully requesting an adjournment of the sentencing date, which is currently scheduled for January 16, 2008. I am making this request because the defense needs to do additional investigation regarding the loss amount attributed to my client, as the Probation Department has put the loss at $527,883.15. I have contacted AUSA David O'Neil, and he does not oppose this request. I apologize for making this request the day before sentencing; however, I had difficulty contacting the AUSA in order to get his consent to this request. I am requesting any date after February 15, 2008, as the new adjournment date for sentencing in this matter. This is the second defense request for an adjournment.

Respectfully submitted,

*Bruno C. Bier*

Bruno C. Bier, Esq.
BB-1633
38 West 32nd Street, Suite 1603
New York, New York 10001
t: (212) 481-4900
f: (212) 481-9227
bruno_bier@yahoo.com

cc:    AUSA David O'Neil (By Facsimile)

*Application granted. Sentencing adjourned to 2/16/08 at 4 PM. So ordered. 1/15/08 [signature] USDJ*