**MEMO ENDORSED**

RECEIVED
FEB 19 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

## LAW OFFICES OF BRUNO C. BIER, ESQ.

38 West 32nd Street, Suite 1603
New York, New York 10001
Tel: (212) 481-4900
Fax: (212) 481-9227

By Facsimile

February 15, 2008

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

Re: United States v. Chaudhary Nawaz – 07-cr-881 (RPP)

Your Honor:

I am the attorney for Chaudhary Nawaz in the above-referenced case. I am requesting an adjournment of the sentencing date, which is currently scheduled for February 20, 2008. With AUSA David O'Neil's consent, I am asking for an adjournment to March 20, 2008. I am requesting this adjournment because my client recently had back surgery, and is recuperating from his surgery. This is the third defense request for an adjournment.

Respectfully submitted,

Bruno C. Bier, Esq.
BB-1633
38 West 32nd Street, Suite 1603
New York, New York 10001
t: (212) 481-4900
f: (212) 481-9227
bruno_bier@yahoo.com

cc: AUSA David O'Neil (By Facsimile)

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

*Application granted in part.*
*Sentencing adjourned to 3/3/08 at 3 P.M. This is a final adjournment.*
*So ordered.*

[signature] Robert Patterson
2/19/08  USDJ

Case:     United States v. Chaudhary Nawaz
Index No.  07 Cr. 881 (RPP)

**MEMO ENDORSEMENT:**

*Application granted in part. Sentencing adjourned to 3/3/08 at 3 p.m. This is a final adjournment.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 2/19/08*