# LAW OFFICES
## OF
# BRUNO C. BIER, ESQ.

38 West 32nd Street, Suite 1603
New York, New York 10001
Tel: (212) 481-4900
Fax: (212) 481-9227

February 29, 2008

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: United States v. Chaudhary Nawaz – 07-cr-881 (RPP)
    Letter Request To File Defendant's Sentencing Memorandum Out of Time

Dear Judge Patterson:

  This letter is submitted on behalf of Chaudhary Nawaz ("Mr. Nawaz"), who will be before this Honorable Court for sentencing on March 3, 2008. Respectfully, I am requesting that this Court accept this letter in lieu of a motion to file Mr. Nawaz's sentencing memorandum out of time. The reason for this request is that I only recently received the affidavit of Ms. Nawaz from their family attorney. I have contacted AUSA David O'Neil, and he does not oppose this request. This is my first request as to filing this sentencing memorandum out of time.

       Respectfully submitted,


       s/ Bruno C. Bier_____
       Bruno C. Bier, Esq.
       BB-1633
       38 West 32nd Street, Suite 1603
       New York, New York 10001
       t: (212) 481-4900
       f: (212) 481-9227
       bruno_bier@yahoo.com

cc: AUSA David O'Neil