# AFFIDAVIT

I, Furrukh Nawaz, wife of Nawaz Chaudhary resident of 42, White Oak Street, Deer Park, New York, 11729, do swear, under the penalty of perjury, as under:

1. I am the wife of Nawaz Chaudhary. We were married eight years ago (January 16, 2000). We have lived a very happy, idyllic life ever since. We have the following children:
    a. Eiman Nawaz, a daughter (DOB February 08, 2001).
    b. Foha Nawaz, a daughter (DOB February 08, 2001).
    c. Huda Nawaz, a daughter (DOB November 15, 2003).
    d. Fatima Nawaz, a daughter (DOB June 05, 2006).
    e. Sultan Nawaz Chattha, a son (DOB October 18, 2007).

2. Eiman and Foha are in the First Grade in John Quincy Adam Elementary School while Huda is in the Kindergarten in Abraham Lincoln Nursery. The youngest, Sultan, a mere four months needs constant attention at home along with his elder sister Fatima, a year and seven months old. In these circumstances I have a more than full time job looking after these two. Nawaz has been regular and consistent in bringing the elder three children to and from school as well as in participation in all school activities and in home care of all five children. My husband has been caring and supportive of all of us throughout our married life. We have been a tightly knit family unit and existence without Nawaz is unimaginable for us.

3. I also have a medical condition. During the birth of Fatima in June 2006 I suffered a heart attack while under anesthesia. My heart stopped working. I was revived through electric shocks. This cataclysmic occurrence has permanently damaged my heart. I have been under cardiac investigation and treatment for the last year and seven months. Even in the best of conditions five children of tender years are more than a handful for one person, but my own medical condition makes the task impossible. All of us are likely to suffer permanently in case Nawaz is incarcerated.

4. My next problem is financial. Nawaz has been the sole breadwinner of the family except for a few months during the early part of our marriage when I was also compelled to work.

There is just no way in which I can financially survive without him. His father is only a construction worker. In any case he has returned to Pakistan. His former partner has left Nawaz in the lurch. In any case, he has also left for Pakistan. In these circumstances I can only see unbearable financial hardships for my five children and myself. I will be forced to throw myself at the mercy of, and seek the largesse of, the state.

5. My mother in law, Bushra Begum, is an old and sick lady and is suffering from various medical problems including, diabetes, high blood pressure, and is in a wheelchair. My husband is very dedicated and devoted to his parents. He has been helping his mother by taking her to the hospital and physicians because my mother in law is not conversant with the English language.

6. I know Nawaz has committed an offence. He has accepted this publicly and privately. He is full of remorse and repents having done so. I only beseech you to keep our special and extraordinary family circumstances in view.

Deponent<br>
Furrukh Nawaz

Verified on February 13, 2008
In the County of New York,
State of New York

[Notary Public]

IRFAN RAZA
NOTARY PUBLIC, State of New York
No. 01RA5054588
Qualified in Nassau County
Comm. Expires January 16, 20(0