12/30/2007

Honorable Judge Paterson,

I am enclosing my resume for your kind perusal. Chaudhary Nawaz, the defendant awaiting sentencing by your Honor, is well known to me.

Muhammad Ibrahim, the father of Chaudhary Nawaz, has been in local politics of Gujranwala District of the Punjab Province of Pakistan. He has been a Councilor at the District level and the Chairman of the Verpal Union Council of the same District.a Council Member at the District Council level, and Chairman at the Union Council level. He has been a supporter of the leader of his clan, Hamid Nasir Chatha, in National politics.

I, as Director of Basic Democracies, was the Administrative Head of the Local Government Institutions. Muhammad Ibrahim was then Chairman of the Union Council. I came to know him as such. My association with the Chathas remained steadfast. I joined politics and became the Vice President of the Pakistan Muslim League with Hamid Nasir Chatha, the leader of the Chatha clan, as the President. The entire larger family of Chaudhary Nawaz became committed workers of our party. I interacted with the extended family. A criminal in the Chathas would be a rarity. They are known for their honest hard work. Muhammad Ibrahim the father of Chaudhary Nawaz, defendant, requested me to look after his son here. Chaudhary Nawaz has maintained regular contact with me ever since.

I have always found him to be a courteous, well-behaved person. He was then working long hours as a Taxi, and subsequently a Limousine driver in New York and finally a construction worker. He was leading a clean and industrious life. The conduct that he got involved in was an aberration, not his norm. He informed me when he was arrested. He has been repentant and full of remorse. Even when his father was requesting me to help Chaudhary Nawaz, his own words were, "Uncle, I am guilty of wrongdoing and must suffer for it". I am confident that he has learnt his lesson and will tread the straight and narrow path of righteousness ever more.

I hope the foregoing will be of assistance to your kind Honor in getting an insight into the true Chaudhary Nawaz, the defendant, before your Honor.

Thanking you
Yours truly,

Asaf F. Vardag
Tel 212 239-6898
38W, 32nd Street, Suite 1511,
New York, NY 10001

RESUME OF ASAF F. VARDAG

Held Judicial and quasi Judicial Office for twelve years as Magistrate, Magistrate of the District, and Home Secretary- 19

Advised the President of Pakistan on the exercise of his clemency powers for one year.

Taught Constitutional Law, Law of Torts and the Law of Contract for two years.

Practiced Law in the Highest Courts of Pakistan including the Supreme Court of Pakistan for over twenty years.

President of the High Court Bar Association.

Chaired the Committee of International Jurist Parliamentarians which drafted the Constitution of the Democratic Republic of Mongolia.

Senator of Pakistan.

Chairman Senate Standing Committee for Defense, Defense Production and Civil Aviation, Senate of Pakistan.

Secretary General Tahrike Istiqlal (a national political party).

Vice President Organization Pakistan Muslim League (then the party in power at the National and Provincial levels).

Presently, Chairman Pakistan Jurists Council of the United States of America.