# AFFIDAVIT

I, Tariq Hamid, do swear, under the penalty of perjury, as under:

1. I am the a citizen of United States and currently residing at 72-09 Broadway, Jackson Heights, NY,
2. I have known Chaudhry Nawaz for the last 10 years. Mr. Chaudhry is married with Furrukh Nawaz and they have been cohabitating together for about the 8 years and have been living a very happy life.
3. From the wedlock of Furrukh Nawaz and Chaudhry Nawaz, the following children were born: Eiman Nawaz, Foha Nawaz, Huda Nawaz, Fatima Nawaz, & Sultan Nawaz.
4. Chaudhry Nawaz is supporting his wife and his 5 children and it is my personal knowledge that he participates in all school activities of the children.
5. He is the only earning member of his family and his wife and children are financially dependant upon him.
6. Nawaz is also taking care of old and sick mother, who is suffering from diabetes, high blood pressure and is in a wheel chair. He is very dedicated and devoted to his parents and he frequently visits his parents when they are in Pakistan and takes care of them.
7. I also know that Mr. Nawaz visits the Mosque, Jamia Masjid Hanafia & Muslim Center, Inc, located on 57th Street in Queens on every Friday along with the children as I also visit the same Mosque every Friday.
8. He is very remorseful and repents for his wrongful conduct.

Tariq Hamid

Verified on February 12, 2008
In the County of New York,
State of New York

[Notary Public]
AHMAD EJAZ
Notary Public of New York State
No. 01AH6097595
Qualified in Queens County
Commission Expires Aug. 25, 20__