Department of the Treasury -- Internal Revenue Service

**Form 1040** U.S. Individual Income Tax Return **2006** (99) IRS Use Only -- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning , 2006, ending , 20 OMB No. 1545-0074

**Label** — Use the IRS label. Otherwise, please print or type.

CHAUDHARY NAWAZ
FURRUKH NAWAZ
42 OAK STREET
Deer Park NY 11729

Your social security number: 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
Spouse's social security no.: 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

▲ You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See inst.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see inst.)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a ........
- b ☒ Spouse .........................................................

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
- lived with you: **4**
- did not live with you due to divorce or separation (see inst.)
- Dependents on 6c not entered above

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|---|
| FATIMA | NAWAZ | 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 | Daughter | X |
| FOHA | NAWAZ | 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 | Daughter | X |
| EIMAN | NAWAZ | 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 | Daughter | X |
| HUDA | NAWAZ | 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 | Daughter | X |

d Total number of exemptions claimed ................................... Add numbers on lines above ▶ **6**

**Income** — Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 0 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 44 |
| b | Tax-exempt interest. **Do not** include on line 8a ... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) ... 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 39,519 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ... 15a       b Taxable amount | 15b | |
| 16a | Pensions and annuities ... 16a       b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 1,312 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ... 20a       b Taxable amount (see inst.) | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 40,875 |

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106/2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 2,792 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities dedn. Atch Fm 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 2,792 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 38,083 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions.       Form **1040** (2006)

JVA  06  10401  TWF 17214  Copyright Forms (Software Only) - 2006 TW

Form 1040 (2006)     NAWAZ   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     Page **2**

| | | | |
|---|---|---|---:|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) ........ **38** | 38,083 |
| | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | |
| **Standard Deduction for --** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see inst. and check here ▶ 39b ☐ | |
| • People who checked any box on line 39a or 39b or who can be claimed as dependent, see inst. | 40 | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) ...... **40** | 14,705 |
| | 41 | Subtract line 40 from line 38 ................ **41** | 23,378 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total no. of exemptions claimed on line 6d.. **42** | 19,800 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ...... **43** | 3,578 |
| • All others: | 44 | Tax (see inst.). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 ........ **44** | 358 |
| Single or Married filing separately, $5,150 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 ................ **45** | |
| | 46 | Add lines 44 and 45 ...................... ▶ **46** | 358 |
| | 47 | Foreign tax credit. Attach Form 1116 if required ........ 47 | |
| | 48 | Credit for child & dependent care expenses. Attach Form 2441   48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R .... 49 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 50 | Education credits. Attach Form 8863 .......... 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 ... 51 | |
| | 52 | Residential energy credits. Attach Form 5695 .......... 52 | |
| | 53 | Child tax credit (see instructions). Attach Form 8901 if required 53 | 358 |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8839  b ☐ Form 8859   54 | |
| Head of household, $7,550 | 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ____   55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** ................ **56** | 358 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- .... ▶ **57** | 0 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE ................ **58** | 5,584 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137... **59** | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required .... **60** | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 ................ **61** | |
| | 62 | Household employment taxes. Attach Schedule H ................ **62** | |
| | 63 | Add lines 57 through 62. This is your **total tax** ................ ▶ **63** | 5,584 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 ..... 64 | |
| | 65 | 2006 estimated tax payments & amt. applied from 2005 return   65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** ................. 66a | 58 |
| | b | Nontaxable combat pay election ▶ 66b ___ | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see inst.)   67 | |
| | 68 | Additional child tax credit. Attach Form 8812 ........ 68 | 3,642 |
| | 69 | Amount paid with request for extension to file (see instructions)   69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885   70 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required   71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ........ ▶ **72** | 3,700 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid**.. **73** | |
| Direct deposit? See inst. and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you**. If Form 8888 is attached, check here ..... ▶ **74a** | 0 |
| | ▶ b | Routing no. _____ ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account no. _____ | |
| | 75 | Amt. of line 73 you want **applied to your 2007 estimated tax** ▶ 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instructions ▶ **76** | 1,884 |
| | 77 | Estimated tax penalty (see instructions) ............. 77 | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? .. ☐ Yes. Complete the following. ☒ No | |
| | | Designee's name ▶ ___ Phone no. ▶ ___ Personal identification number (PIN) ▶ ___ | |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ [signed]    Date 5-08-07    Your occupation CONSTRUCTION    Daytime phone number ___

Spouse's signature. If a joint return, **both** must sign. Date ___ Spouse's occupation ___

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ [signed] | Date 05-08-07   Check if self-employed ☐ | Preparer's SSN or PTIN P00629520 |
| Firm's name (or yours if self-employed), address, & ZIP code ▶ UNIFIED TAX & ACCOUNTING SERVICE   148-07 HILLSIDE AVE   Jamaica NY 11435 | EIN 20-1823768   Phone no. 718-739-7500 | |

JVA   06   10402    TWF 17215    Copyright Forms (Software Only) - 2006 TW      Form **1040** (2006)

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor<br>CHAUDHARY NAWAZ | Social security number (SSN)<br>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 |

**A** Principal business or profession, including product or service (see the instructions)
CONSTRUCTION

**B** Enter code from instructions ▶
999999

**C** Business name. If no separate business name, leave blank.

**D** Employer ID no. (EIN), if any

**E** Business address (including suite or room no.) ▶ 42 OAK STREET
City, town or post office, state, and ZIP code   Deer Park NY 11729

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2006? If "No," see instructions for limit on losses ..... [X] Yes  [ ] No

**H** If you started or acquired this business during 2006, check here ........................ ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see instructions and check here ........ ▶ [ ] | 1 | 50,125 |
| 2 | Returns and allowances ................................................. | 2 | |
| 3 | Subtract line 2 from line 1 ................................................. | 3 | 50,125 |
| 4 | Cost of goods sold (from line 42 on page 2) ................................................. | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 ................................................. | 5 | 50,125 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ........ | 6 | |
| 7 | **Gross Income.** Add lines 5 and 6 ................................................. ▶ | 7 | 50,125 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---:|---|---|---:|
| 8 | Advertising ............... | 8 | | 18 | Office expense ........... | 18 | |
| 9 | Car and truck expenses (see instructions) ........... | 9 | 7,152 | 19 | Pension & profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees ...... | 10 | | a | Vehicles, machinery, and equipment. | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property ...... | 20b | |
| 12 | Depletion ................. | 12 | | 21 | Repairs and maintenance .... | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ............... | 13 | | 22 | Supplies (not included in Part III) .. | 22 | 3,254 |
| | | | | 23 | Taxes and licenses .......... | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel ................... | 24a | |
| 14 | Employee benefit programs (other than on line 19) ...... | 14 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) .. | 15 | | 25 | Utilities ................... | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) .. | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) ................ | 27 | |
| b | Other .................... | 16b | | | | | |
| 17 | Legal and professional services ................. | 17 | 200 | | | | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ..... ▶ | 28 | 10,606 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 ................................................. | 29 | 39,519 |
| 30 | Expenses for business use of your home. Attach **Form 8829** ................................................. | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | 39,519 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

Schedule C (Form 1040) 2006

JVA   06 C1   TWF 17181   Copyright Forms (Software Only) – 2006 TW

| Form **1120** | | U.S. Corporation Income Tax Return | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2006 or tax year beginning _____ , 2006, end. _____ , 20 ___ ► See separate instructions. | | **2006** |

| A Check if: | | Use IRS label. Other- wise, print or type. | Name   No., street, and room or suite no.   City/town, state, and ZIP code | B Employer identification no. |
|---|---|---|---|---|
| 1 | Consolidated return (attach Form 851) ☐ | | | 20-1338361 |
| 2 | Personal holding co. (attach Sch. PH) ☐ | | HEF CONSTRUCTION INC | C Date incorporated |
| 3 | Personal service corp (see instructions) ☐ | | 42 WHITE OAK STREET | 07-06-2004 |
| 4 | Schedule M-3 required (attach Sch. M-3) ☐ | | Deer Park, NY 11729 | D Total assets (see instructions) $ 11,422 |

| E Check if: | (1) ☐ Initial return | (2) ☐ Final return | (3) ☐ Name change | (4) ☐ Address change |
|---|---|---|---|---|

**INCOME**

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts/sales | 182,170 | b Less returns and allowances _____ | c Bal ► | 1c | 182,170 |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 | 86,246 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 95,924 |
| 4 | Dividends (Schedule C, line 19) | | 4 | |
| 5 | Interest | | 5 | |
| 6 | Gross rents | | 6 | |
| 7 | Gross royalties | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| 10 | Other income (see instructions -- attach schedule) | | 10 | |
| 11 | Total income. Add lines 3 through 10 ► | | 11 | 95,924 |

**DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS)**

| 12 | Compensation of officers (Schedule E, line 4) | 12 | 50,125 |
|---|---|---|---|
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | 2,759 #1 |
| 18 | Interest | 18 | |
| 19 | Charitable contributions | 19 | 0 |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule) | 26 | 34,818 #2 |
| 27 | Total deductions. Add lines 12 through 26 ► | 27 | 87,702 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 8,222 |
| 29 | Less: a Net operating loss deduction (see instructions) ... 29a  0 | | |
| | b Special deductions (Schedule C, line 20) ... 29b _____ | 29c | 0 |
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | 8,222 |

**TAX AND PAYMENTS**

| 31 | Total tax (Schedule J, line 10) | | | 31 | 1,233 |
|---|---|---|---|---|---|
| 32a | 2005 overpayment credited to 2006 | 32a | | | |
| b | 2006 estimated tax payments | 32b | | | |
| c | 2006 refund applied for on Form 4466 | 32c ( _____ ) | d Bal ► 32d | | |
| e | Tax deposited with Form 7004 | | 32e | | |
| f | Credits: (1) Form 2439 _____ (2) Form 4136 _____ | | 32f | | |
| g | Credit for federal telephone excise tax paid (attach Form 8913) | | 32g | 32h | 0 |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☒ | | | 33 | 58 |
| 34 | Amount owed. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | 1,291 |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | 0 |
| 36 | Enter amount of line 35 you want: Credited to 2007 estimated tax ► _____ 0  Refunded ► | | | 36 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules & statements, & to the best of my knowledge & belief, it is true, correct, & complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____    _____    _____
Signature of officer    Date    Title

May the IRS discuss this return with preparer shown below (see inst.)? ☐ Yes ☒ No

**Paid Preparer's Use Only**

| Preparer's signature ► | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00629520 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | UNIFIED TAX & ACCOUNTING SERVIC 148-07 HILLSIDE AVE Jamaica NY 11435 | | | EIN 20-1823768 Phone no. 718-739-7500 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Form **1120** (2006)

JVA   06  112012   TWF 17292   Copyright Forms (Software Only) - 2006 TW

Form 1120 (2006)   HEF CONSTRUCTION INC   20-1338361   Page **2**

### Schedule A — Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 80,246 |
| 3 | Cost of labor | 3 | 6,000 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 86,246 |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 86,246 |

9a Check all methods used for valuing closing inventory:
  (i) [X] Cost
  (ii) [ ] Lower of cost or market
  (iii) [ ] Other (Specify method used and attach explanation.) ▶
 b Check if there was a writedown of subnormal goods ▶ [ ]
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]
 d If LIFO inventory method was used for this tax year, enter percentage (or amts.) of closing inventory computed under LIFO | 9d |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? [ ] Yes  [X] No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   [ ] Yes  [X] No

### Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | 0 |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corps. under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC & former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | 0 | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | 0 |

### Schedule E — Compensation of Officers (see instructions for page 1, line 12)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

2  Total compensation of officers
3  Compensation of officers claimed on Schedule A and elsewhere on return
4  Subtract line 3 from line 2. Enter the result here and on page 1, line 12

JVA   06  112012   TWF 17293   Copyright Forms (Software Only) - 2006 TW   Form **1120** (2006)

Form 1120 (2006)     HEF CONSTRUCTION INC    20-1338361     Page 3

### Schedule J   Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). ▶ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ | 2 | 1,233 |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 1,233 |
| 5a | Foreign tax credit (attach Form 1118) ................ 5a | | |
| b | Qualified electric vehicle credit (attach Form 8834) ..... 5b | | |
| c | General business credit. Check applicable box(es): ☐ Form 3800 ☐ Form 6478 ☐ Form 8835, Section B ☐ Form 8844   5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) ..... 5d | | |
| e | Bond credits from: ☐ Form 8860 ☐ Form 8912 ..... 5e | | |
| 6 | Total credits. Add lines 5a through 5e | 6 | 0 |
| 7 | Subtract lines 6 from line 4 | 7 | 1,233 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Form 8902 ☐ Other (attach schedule) | 9 | |
| 10 | Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 | 10 | 1,233 |

### Schedule K   Other Information (see instructions)

1   Check accounting method:   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶

2   See the instructions and enter the:
   a   Business activity code no. ▶ 238310
   b   Business activity ▶ Construction
   c   Product or service ▶ Drywall & insulat

3   At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).)    **No: X**
   If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.

4   Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?    **No: X**
   If "Yes," enter name and EIN of the parent corporation ▶ _____

5   At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).)    **No: X**
   If "Yes," attach a sch. showing name and identifying no. (Do not incl. any info. already entered in 4 above.) Enter percentage owned ▶ _____

6   During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.)    **No: X**
   If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.
   If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.

7   At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation?    **No: X**
   If "Yes," enter: (a) Percentage owned ▶ _____
   and (b) Owner's country ▶ _____
   c   The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ _____

8   Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐
   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

9   Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10   Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

11   If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐
   If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3) must be attached or the election will not be valid.

12   Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ _____

13   Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000?    **Yes: X**
   If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

Form 1120 (2006)   HEF CONSTRUCTION INC   20-1338361   Page **4**

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach schedule) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach schedule) | | | | #3 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock:  a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings -- Appropriated (attach sch.) | | | | |
| 25 | Retained earnings -- Unappropriated | | | | |
| 26 | Adjustments to shareholders' equity (attach sch.) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | | | |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more--see instructions

1 Net income (loss) per books
2 Federal income tax per books
3 Excess of capital losses over capital gains
4 Inc. subject to tax not recorded on books this year (itemize):

5 Expenses recorded on books this year not deducted on this return (itemize):
a Depreciation  $
b Charitable contributions  $
c Travel and entertainment  $

7 Income recorded on books this year not included on this return (itemize):
Tax-exempt interest ... $

8 Deductions on this return not charged against book income this year (itemize):
a Depreciation  $
b Charitable contributions  $

9 Add lines 7 and 8
10 Income (page 1, line 28) -- line 6 less line 9

6 Add lines 1 through 5

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

1 Balance at beginning of year
2 Net income (loss) per books
3 Other increases (itemize):

4 Add lines 1, 2, and 3

5 Distributions:  a Cash
                 b Stock
                 c Property
6 Other decreases (itemize):

7 Add lines 5 and 6
8 Balance at end of year (line 4 less line 7)

JVA   06   112034   TWF 17295A   Copyright Forms (Software Only) - 2006 TW   Form **1120** (2006)