Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

____SOUTHERN____ District of ____NEW YORK____

USA
_____
v.
CHAUDHARY NAWAZ
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

Docket No.: ___07-cr-881___
___ROBERT P. PATTERSON___
(District Court Judge)

Notice is hereby given that ___CHAUDHARY NAWAZ___ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ✓ ], other [ ___ ] _____
(specify)
entered in this action on ___4/4/08___
(date)

Offense occurred after November 1, 1987    Yes [ ✓ ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ___ ]    Conviction and Sentence [ ✓ ]

Date ___4/8/08___
TO ___AUSA DAVID O'NEIL___

___BRUNO BIER___
(Counsel for Appellant)
Address ___38 W. 32ND ST, STE 1603___
___NY, NY 10001___

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: ___(212) 481-4900___

U.S. DISTRICT COURT FILED APR 08 2008 S.D. OF N.Y.

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ ✓ ] I am not ordering a transcript<br>Reason<br>[ ✓ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ ___ ] Sentencing _____<br>[ ___ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE ___Bruno Bier___    DATE ___4/8/08___

| COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals. |
|---|---|
| Date order received _____ Estimated completion date _____ | Estimated number of pages _____ |
| Date _____ Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05