Bruno C. Bier, Esq.
BB-1633
38 West 32nd Street, Suite 1603
New York, New York 10001
t: (212) 481-4900
f: (212) 481-9227
bruno_bier@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07-- cr – 881 (RPP) |
| | NOTICE OF |
| v. | DEFENDANT'S MOTION |
| | FOR RECONSIDERATION |
| | OF SENTENCE |
| CHAUDHARY NAWAZ, | |
| Defendant. | *Filed by ECF* |

-------------------------------------------------------x

PLEASE TAKE NOTICE that Defendant Chaudhary Nawaz will bring the following Motion For Reconsideration Of Sentence before this Honorable Court at the United States Courthouse, 500 Pearl Street, New York, New York, on May 1, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated: New York, New York
       April 17, 2008

                                        s/ Bruno C. Bier
                                        Bruno C. Bier, Esq.
                                        BB-1633
                                        38 West 32nd Street, Suite 1603
                                        New York, New York 10001
                                        t: (212) 481-4900
                                        f: (212) 481-9227
                                        bruno_bier@yahoo.com

Bruno C. Bier, Esq.
BB-1633
38 West 32nd Street, Suite 1603
New York, New York 10001
t: (212) 481-4900
f: (212) 481-9227
bruno_bier@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07-- cr – 881 (RPP) |
| v. | DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE |
| CHAUDHARY NAWAZ, | *Filed by ECF* |
| Defendant. | (Request for Oral Argument) |

-------------------------------------------------------x

Defendant Chaudhary Nawaz respectfully moves this Court for an Order Granting Defendant's Motion For Reconsideration Of Sentence and whatever other relief this Court deems just and fair.

The grounds for this motion are as follows:

1. The Court, respectfully, erred in its finding that the Federal Sentencing Guidelines promulgate that family circumstances should not be taken into consideration in sentencing the defendant.

2. The Court, respectfully, erred in its finding that 18 U.S.C. § 3553(a) does not permit the sentencing judge to take family circumstances into consideration.

This motion is based upon all the files, records, and proceedings, in this action, and the accompanying Memorandum of Law and proposed Order.

Dated: New York, New York
      April 17, 2008

                                s/ Bruno C. Bier
                                Bruno C. Bier, Esq.
                                BB-1633
                                38 West 32nd Street, Suite 1603
                                New York, New York 10001
                                t: (212) 481-4900
                                f: (212) 481-9227
                                bruno_bier@yahoo.com