CERTIFICATE OF SERVICE

      I hereby certify that the foregoing NOTICE OF DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE, DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE, and MEMORANDUM OF LAW were served on the United States Attorney's Office for the Southern District of New York by Electronic Court Filing (ECF) to the following individual:

    AUSA David O'Neil
    United States Attorney,
    Southern District of New York
    One Saint Andrew's Plaza
    New York, NY 10007

on this 17th day of April, 2008.

                                                      s/ Bruno C. Bier_____
                                                      Bruno C. Bier, Esq.
                                                      BB-1633
                                                      38 West 32nd Street, Suite 1603
                                                      New York, New York 10001
                                                      t: (212) 481-4900
                                                      f: (212) 481-9227
                                                      bruno_bier@yahoo.com