Bruno C. Bier, Esq.
BB-1633
38 West 32nd Street, Suite 1603
New York, New York 10001
t: (212) 481-4900
f: (212) 481-9227
bruno_bier@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA,                  07-- cr – 881 (RPP)

                                           NOTICE OF
                                           DEFENDANT'S MOTION
          v.                               FOR RECONSIDERATION
                                           OF SENTENCE

CHAUDHARY NAWAZ,

               Defendant.                  *Filed by ECF*

---------------------------------------------------x

PLEASE TAKE NOTICE that Defendant Chaudhary Nawaz will bring the

following Motion For Reconsideration Of Sentence before this Honorable Court at the

United States Courthouse, 500 Pearl Street, New York, New York, on May 1, 2008, at

10:00 a.m., or as soon thereafter as counsel may be heard.


Dated: New York, New York
       April 17, 2008

                                        s/ Bruno C. Bier_____
                                        Bruno C. Bier, Esq.
                                        BB-1633
                                        38 West 32nd Street, Suite 1603
                                        New York, New York 10001
                                        t: (212) 481-4900
                                        f: (212) 481-9227
                                        bruno_bier@yahoo.com

Bruno C. Bier, Esq.
BB-1633
38 West 32nd Street, Suite 1603
New York, New York 10001
t: (212) 481-4900
f: (212) 481-9227
bruno_bier@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,                 07-- cr – 881 (RPP)


            v.                            DEFENDANT'S MOTION
                                          FOR RECONSIDERATION
                                          OF SENTENCE

CHAUDHARY NAWAZ,

                    Defendant.            *Filed by ECF*

                                          (Request for Oral Argument)

-------------------------------------------------------x


Defendant Chaudhary Nawaz respectfully moves this Court for an Order Granting
Defendant's Motion For Reconsideration Of Sentence and whatever other relief this
Court deems just and fair.

The grounds for this motion are as follows:

1.    The Court, respectfully, erred in its finding that the Federal Sentencing Guidelines promulgate that family circumstances should not be taken into consideration in sentencing the defendant.

2.    The Court, respectfully, erred in its finding that 18 U.S.C. § 3553(a) does not permit the sentencing judge to take family circumstances into consideration.

This motion is based upon all the files, records, and proceedings, in this action, and the accompanying Memorandum of Law and proposed Order.

Dated: New York, New York
April 17, 2008

s/ Bruno C. Bier_____
Bruno C. Bier, Esq.
BB-1633
38 West 32nd Street, Suite 1603
New York, New York 10001
t: (212) 481-4900
f: (212) 481-9227
bruno_bier@yahoo.com

2