

RECEIVED
MAY 29 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

# LAW OFFICES
## OF
## BRUNO C. BIER, ESQ.

38 West 32nd Street, Suite 1603
New York, New York 10001
Tel: (212) 481-4900
Fax: (212) 481-9227

<u>By Facsimile</u>

May 29, 2008

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

        Re:    United States v. Chaudhary Nawaz – 07-cr-881 (RPP)

Dear Judge Patterson:

    I am submitting this written request on behalf of Chaudhary Nawaz, for an extension of Mr. Nawaz's surrender date to June 16, 2008. You granted this request when we were before the Court today, and instructed me to submit this request in writing for the Bureau of Prisons. As you know, he was sentenced by this Court to 18 months imprisonment on April 2, 2008, and at that time you issued a surrender date of June 2, 2008. However, his wife and children are leaving to Pakistan on June 14, 2008, and he would greatly appreciate the opportunity to be with them before their departure. AUSA David O'Neil stated that he has no objection to this request.

                                          Respectfully submitted,

                                          Bruno C. Bier, Esq.
                                          BB-1633
                                          38 West 32nd Street, Suite 1603
                                          New York, New York 10001
                                          t: (212) 481-4900
                                          f: (212) 481-9227
                                          bruno_bier@yahoo.com

cc:    AUSA David O'Neil (By Facsimile)

*Application granted*
*So ordered*
*[signature] RP Patterson*
*5/29/08*